IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE MARIE BEZJON *aka* Nicole Marie Parasegian,<br><br>Defendant. | Case No. CR-21-57-BLG-SPW<br><br>**ORDER** |

Upon review of the Defendant's Motion to Vacate Trial (Doc. 24),

IT IS HEREBY ORDERED that the Defendant's Motion is **DENIED** with leave to refile for the reason that pursuant to Local Rule 7.1(c)(1), the motion does not state that the other parties have been contacted and state whether any party objects to the motion.

The Clerk or Court is directed to notify the parties of the making of this Order.

DATED this 13th day of December, 2021.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE