IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE MARIE BEZJON,<br><br>Defendant. | CR 21-57-BLG-SPW<br><br>FINAL ORDER OF FORFEITURE |

Whereas, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2); 21 U.S.C. § 881(a)(11); and 18 U.S.C. § 924(d) of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

And whereas, on March 2, 2023, Nicole Marie Bezjon plead guilty to count 1 of the indictment, which charged her with conspiracy to possess with intent to distribute methamphetamine (Doc. 42);

And whereas, the defendant agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendant pleaded guilty;

1

And whereas, by virtue of said guilty plea, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

And whereas, beginning on April 1, 2023, and ending on April 30, 2023, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1) (Docs. 50, 50-1):

- Ruger, Mark II, .22 Caliber pistol, S/N 16-55896;
- $4,100 in United States Currency; and
- Ten (10) rounds of .22 caliber ammunition.

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

THAT the Motion for Final Order of Forfeiture (Doc. 58) is **GRANTED**;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- Ruger, Mark II, .22 Caliber pistol, S/N 16-55896;
- $4,100 in United States Currency; and

- Ten (10) rounds of .22 caliber ammunition.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 2nd day of August, 2023.

_____
SUSAN P. WATTERS
United States District Court Judge